In the Matter of REGAN U. LALLY, Appellant, v RICHARD E. AEBLY, Respondent.

Submitted March 7, 2016; decided May 5, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

LESLIE KAREN LARIVIERE et al., Appellants, v NEW YORK CITY TRANSIT AUTHORITY et al., Respondents, et al., Defendants.

Submitted April 4, 2016; decided May 5, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Cuadrado v New York City Tr. Auth.*, 14 NY3d 748 [2010]; *Butler v New York City Tr. Auth.*, 14 NY3d 909 [2010]).

In the Matter of MING TUNG et al., Appellants, v CHINA BUDDHIST ASSOCIATION et al., Respondents.

Submitted April 4, 2016; decided May 5, 2016

Motion for reargument denied [*see* 26 NY3d 1152 (2016)].